STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES ELLIS FOYE, DEFENDANT-APPELLANT.

Argued September 26, 1973—Decided October 9, 1973.

*Miss Rita L. Bender,* argued the cause for appellant (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

*Mr. Eugene H. Farber,* Assistant Prosecutor argued the cause for respondent (*Mr. Edwin H. Stern,* Acting Prosecutor of Hudson County, attorney).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division. *State of New Jersey v. Foye,* 125 *N. J. Super.* 184 (App. Div. 1973).

*For affirmance* — Chief Justice GARVEN and Justices JACOBS, HALL, SULLIVAN, PASHMAN and CLIFFORD—6.

*For reversal*—None.